IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 310-CR-073-K |
| | § | |
| HAROLD MAURICIO POVEDA-ORTEGA (01) | § | |
|     a.k.a. "Conejo" | § | |
| HORLEY RENGIFO-PAREJA (02) | § | |
|     a.k.a. "Harry" | § | |
| JENNY VIVIAN HURTADO-BELTRAN (03) | § | |
| ROBERTO MARIO ANGULO-ISAZA (04) | § | |
|     a.k.a. "Carlos-Garcia Jiminez | § | |
|     a.k.a. "Costeno" | § | |
| FNU LNU     (05) | § | |
|     a.k.a. "Condor" | § | |
| FNU LNU (06) | § | |
|     a.k.a. "El Mono" | § | |
| TITO MILLER PARRA-ISAZA | § | |
|     a.k.a. "Miguel Angel" | § | |
|     a.k.a. "Juan Pablo Leyba" | § | |
| JOAQUIN ALEJANDRO SENDEROS-HIGUERA | § | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America respectfully advises the Court and all interested parties that the above-styled case has been assigned to Trial Attorney Nicole Grosnoff of the Asset Forfeiture and Money Laundering Section, U.S. Department of Justice. The Government respectfully requests that the Clerk terminate representation by Trial Attorney Brian D. Harrison, former counsel for the government, from the records in this cause.

Accordingly, we request that Nicole Grosnoff be substituted as counsel of record for the United States of America.

Notice of Substitution of Counsel – Page 1

        Respectfully Submitted,

        M. Kendall Day, Acting Chief
        Asset Forfeiture and Money
          Laundering Section

By:     /s/
        Nicole Grosnoff
        U.S. Department of Justice
        Asset Forfeiture and Money
          Laundering Section
        1400 New York Avenue, Northwest
        Washington, DC 20530
        Phone: (202) 598-2508
        Fax: (202) 514-2255
        Nicole.grosnoff@usdoj.gov

Notice of Substitution of Counsel – Page 2